IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RALPH BRADBURY**                                                            **PLAINTIFF**

v.                                 **No. 4:11-cv-810-DPM**

**UNITED STATES OF AMERICA**                           **DEFENDANT**

### ORDER

Agreed motion, № 58, denied. The Court will do its best to rule promptly on the cross motions for summary judgment so everyone can prepare efficiently if a trial is needed. This case will be two years old by the trial date and needs resolution sooner rather than later. To keep things on track, no motion-related deadline will be extended absent some truly extraordinary circumstance. At this point, the case is second out for trial on November 12th.

Bradbury's statement of material facts does not conform to the Court's scheduling Order, № 38 at 4. He must file a substituted statement containing specific record citations for each fact asserted by 28 August 2013. No other changes in the statement should be made. The Court's Order, № 38, also requires a complete condensed transcript of any deposition cited to be filed

as an exhibit. Bradbury should supplement the record with these condensed transcripts by 30 August 2013.

Both parties' motion materials are voluminous, even before the required supplement. The Court would appreciate receiving a complete paper courtesy copy of each party's summary judgment filings in chambers by 30 August 2013 and of all future filings as they are made.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 August 2013