# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**RALPH BRADBURY**                                **PLAINTIFF**

v.                          **No. 4:11-cv-810-DPM**

**UNITED STATES OF AMERICA**                   **DEFENDANT**

### ORDER

The United States of America's opposed motion to stay based on the government shutdown, № 73, is reluctantly granted. The Court hopes this is merely a short pause, and intends to maintain the November trial setting if at all possible. The Court will lift the stay, and set new pre-trial deadlines, as soon as funding for the Department of Justice is restored. First Amended Scheduling Order suspended pending further notice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 October 2013