IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RALPH BRADBURY**                                              **PLAINTIFF**

v.                              No. 4:11-cv-810-DPM

**UNITED STATES OF AMERICA**                                    **DEFENDANT**

### ORDER

The United States of America's opposed motion to stay based on the government shutdown, № 73, is reluctantly granted. The Court hopes this is merely a short pause, and intends to maintain the November trial setting if at all possible. The Court will lift the stay, and set new pre-trial deadlines, as soon as funding for the Department of Justice is restored. First Amended Scheduling Order suspended pending further notice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

3 October 2013