IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RALPH BRADBURY                                              PLAINTIFF

v.                          No. 4:11-cv-810-DPM

UNITED STATES OF AMERICA                                    DEFENDANT

ORDER

The stay is dissolved. The First Amended Final Scheduling Order, however, remains suspended. The Court cannot try this case on November 12th. First, it must try an older case also on the docket for trial that week. Second, the Court is concerned about rushing all the pre-trial filings in this case, especially in light of the two work weeks lost to the United States in the partial government shutdown. The Court understands Bradbury's desire and need to get this case resolved as soon as possible. Trial is rescheduled for 3 February 2014 — the earliest available date for a first-out setting that will stick.

The Court is working on the summary judgment motions. (Bradbury's substituted responding statement of facts, № 76, is noted, appreciated, and accepted.) Bradbury's response to the United States' motion in limine is due by 8 November 2013. A Second Amended Final Scheduling Order will issue. The parties will see some new directions about jury instructions. And given

the comprehensive briefing on the motions, the Court has eliminated trial briefs. Counsel should also mark their calendar for a pretrial on 16 January 2014.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 October 2013