# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**RALPH BRADBURY**                                                        **PLAINTIFF**

v.                          No. 4:11-cv-810-DPM

**UNITED STATES OF AMERICA**                           **DEFENDANT**

## ORDER

The Court notes and confirms the United States' and Acklin's joint stipulation. № 81. All claims by and against Acklin, № 32 & 34, are dismissed with prejudice. FED. R. CIV. P. 41(a)(1).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 November 2013