IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RALPH BRADBURY                                                          PLAINTIFF

v.                                        No. 4:11-cv-810-DPM

UNITED STATES OF AMERICA                                      DEFENDANT

## ORDER

The Court notes and confirms the United States' and Acklin's joint stipulation. № 81. All claims by and against Acklin, № 32 & 34, are dismissed with prejudice. FED. R. CIV. P. 41(a)(1).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 November 2013