IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RALPH BRADBURY                                                PLAINTIFF

v.                          No. 4:11-cv-810-DPM

UNITED STATES OF AMERICA                                      DEFENDANT

### ORDER

The press of other matters has prevented the Court from finishing its work on the summary-judgment motions. The Second Amended Final Scheduling Order is suspended. The Court will complete its analysis about what issues, if any, need trying as soon as it can.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 December 2013