IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RALPH BRADBURY                                                                    PLAINTIFF

v.                                   No. 4:11-cv-810-DPM

UNITED STATES OF AMERICA                                                DEFENDANT

ORDER

1. The Court appreciates the United States' supplement explaining precisely how it arrived at the amount owed for the third quarter of 2008. № 100. In response, Bradbury doesn't contest the math, but renews his request that the United States prove what he owes. No genuine issues of material fact exist. The United States' proof is unrebutted; and its step-by-step explanation about how the initial assessment was calculated, how various credits were applied, and how interest was calculated, is faithful to the record and the governing law.

2. In due course, the Court will enter Judgment for the United States for the unpaid tax withholdings, less credits, plus interest through 18 August 2014, in the amount of $820,264.50. That amount represents $756,742.89 in assessments, plus accrued but unasessed interest of $63,521.61. *See the chart at № 100 at 7.* The $820,264.50 balance will accrue interest from 18 August

2014 at the statutory rate. 26 U.S.C. §§ 6601(a) & 6621(a)(2). When the case is ready for a Judgment, the Court will need an updated chart about accrued interest from the United States.

3. Renewed motion for summary judgment, № 90, granted. Status reports, №s 102 & 103, noted and appreciated. The rest of the case is first out for trial on December 15th.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

22 September 2014