IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RALPH BRADBURY**                                                                                     **PLAINTIFF**

v.                                          No. 4:11-cv-810-DPM

**UNITED STATES OF AMERICA**                                                     **DEFENDANT**

ORDER

Stipulation of dismissal, № 105, noted. The Court congratulates the parties on their settlement and will enter judgment in due course. The 15 December 2014 trial and related filing deadlines are cancelled. If Bradbury contests the United States' updated liability figure of $823,166.18, he should respond to the motion for judgment promptly. He need not revisit arguments that were before the Court when it granted the United States summary judgment. № 104. Bradbury's prior objections are deemed renewed, are overruled, and are preserved. Response due by 24 November 2014.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_14 November 2014_