## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**RALPH BRADBURY**                                    **PLAINTIFF/COUNTERCLAIM**
                                                                                **DEFENDANT**

**v.**                                    **No. 4:11-cv-810-DPM**

**UNITED STATES OF AMERICA**                    **DEFENDANT/COUNTER-**
                                                                    **CLAIMANT/COUNTERCLAIM**
                                                                    **DEFENDANT**

**v.**

**RICK ACKLIN**                                    **COUNTERCLAIM DEFENDANT/**
                                                                    **COUNTER-CLAIMANT**

### JUDGMENT

**1.** On count I of the United States' counterclaim, the Court enters judgment for the United States against Ralph Bradbury for $823,166.18, as of 13 November 2014, plus any statutory additions that have accrued after that date according to law, until today, 25 November 2014. Post-judgment interest will accrue at 3.4%, compounded daily, from the date of this Judgment until it is paid in full. 26 U.S.C. §§ 6601(a), 6621(a)(2) & 6622(a). Count I of Bradbury's second amended complaint is dismissed with prejudice.

**2.** By stipulation between Bradbury and the United States, count II of Bradbury's second amended complaint, and count II of the United States'

counterclaim, are dismissed with prejudice.

3. Count III of the United States' counterclaim, which runs solely against Rick Acklin, is dismissed with prejudice. Acklin's claims against the United States are dismissed with prejudice.

D.P. Marshall Jr.
United States District Judge

25 November 2014