IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RALPH BRADBURY                                    PLAINTIFF/COUNTERCLAIM
                                                                               DEFENDANT

v.                                            No. 4:11-cv-810-DPM

UNITED STATES OF AMERICA              DEFENDANT/COUNTER-
                                                              CLAIMANT/COUNTERCLAIM
                                                              DEFENDANT

v.

RICK ACKLIN                                         COUNTERCLAIM DEFENDANT/
                                                              COUNTER-CLAIMANT

AMENDED JUDGMENT

1. On count I of the United States' counterclaim, the Court enters judgment for the United States against Ralph Bradbury for $823,166.18, as of 13 November 2014, plus any statutory additions accruing after that date according to law until the amount owed is paid in full. 26 U.S.C. §§ 6601(a), 6621(a)(2) & 6622(a); 28 U.S.C. § 1961(c)(1).[1] Count I of Bradbury's second amended complaint is dismissed with prejudice.

2. By stipulation between Bradbury and the United States, count II of

_____

[1] The amendment changes only the terms of post-judgment interest to conform to the governing statutes.

Bradbury's second amended complaint, and count II of the United States'

counterclaim, are dismissed with prejudice.

    **3.** Count III of the United States' counterclaim, which runs solely against

Rick Acklin, is dismissed with prejudice. Acklin's claims against the United

States are dismissed with prejudice.

 

 

                                        _____
                                        D.P. Marshall Jr.
                                        United States District Judge

                                        _23 December 2014_